UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**UNITED STATES of AMERICA**        )
                                    )
    v.                              )    Criminal No.
                                    )    06-40011-FDS
**HARVEY LIT,**                     )
                                    )
    **Defendant.**                  )
_____)

### ORDER ON MOTION TO TRAVEL
### TO FLORIDA OF DEFENDANT HARVEY LIT

**SAYLOR, J.**

On motion of the defendant, the Court ORDERS that defendant Harvey Lit may travel outside the District of Massachusetts to Orlando, Florida, from June 23 until June 30, 2006, subject to the following conditions:

1. By June 9, 2006, defendant shall provide written evidence to the United States Attorney's Office of his trip itinerary, including but not limited to information concerning his flight, hotel, and car rental reservations for the trip.

2. Defendant's wife and children shall promptly surrender any passports to Pretrial Services, and shall not apply for passports prior to July 1, 2006.

3. By June 9, 2006, defendant shall provide written evidence to the United States Attorney's Office that defendant maintains sufficient funds in his 401(k) plan, or otherwise has sufficient funds, to satisfy his anticipated restitution obligations, which are expected to be $18,695.27.

4. Defendant shall report daily by telephone to Pretrial Services for the period from June 23 until June 30, 2006, at such time and in such manner as Pretrial Services may direct.

5. Defendant shall submit to at least one drug test, and such additional drug testing as may be required by Pretrial Services, during the period from June 23 to June 30, 2006, in the Middle District of Florida.

6.  Defendant shall comply with all other conditions of supervised release previously set by this Court.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: **June 6, 2006**.